```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


CITY OF GRASS VALLEY,            )    2:04-cv-0149-GEB-DAD
                                 )
               Plaintiff,        )
                                 )    ORDER CONTINUING STATUS
     v.                          )    (PRETRIAL SCHEDULING)
                                 )    CONFERENCE
NEWMONT MINING CORPORATION, a    )
corporation; NEWMONT USA LIMITED, a)
corporation; NEWMONT NORTH       )
AMERICA EXPLORATION LIMITED, a   )
corporation; NEWMONT GOLD COMPANY,)
a corporation; NEWMONT NORTH     )
AMERICA LIMITED, a corporation;  )
NEWMONT EXPLORATION LIMITED, a   )
corporation,                     )
                                 )
               Defendants.       )
_____)
```

The Joint Status Report filed September 6, 2005, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference currently scheduled for September 19, 2005, is

/////

/////

/////

1

1 | continued to December 12, 2005, at 9:00 a.m.  A joint status report
2 | shall be filed no later than November 28, 2005.[1]
3 |         IT IS SO ORDERED.
4 |
5 | DATED:  September 7, 2005
6 |                              /s/ Garland E. Burrell, Jr.
  |                              GARLAND E. BURRELL, JR.
  |                              United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.