IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICA EXPLORATION LIMITED, a corporation; NEWMONT GOLD COMPANY, a corporation; NEWMONT NORTH AMERICA LIMITED, a corporation; NEWMONT EXPLORATION LIMITED, a corporation,<br><br>                    Defendants. | 02:04-cv-149-GEB-DAD<br><br>ORDER[*] |

On November 21, 2005, Lori J. Gualco ("Counsel") filed a motion to withdraw as attorney of record for Plaintiff City of Grass Valley. (Notice of Mot. and Mot. to Withdraw As Counsel of Record at 2.) Counsel states she has "communicated her need to withdraw as counsel of record with her client, Plaintiff City of Grass Valley," and "Plaintiff has informed her it will not oppose the motion." (Id. at 3.) Counsel also states that Plaintiff "has selected the firm of its City attorney, Meyers Nave, to represent it in this action and

---

[*] This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  Kent L. Alm of that firm will be the principal attorney in this
2  matter." (Id.)  On December 1, 2005, Counsel filed a Supplemental
3  Declaration in support of her motion, along with an exhibit requesting
4  substitution of attorneys executed by Counsel, Kenton L. Alm of Meyers
5  Nave Riback Silver & Wilson, and Gene Haroldsen, City Administrator of
6  Grass Valley.  (Gualco Supplemental Decl. Ex. A.)

7  The request to substitute Kenton L. Alm as counsel for
8  Plaintiff is granted; therefore, Ms. Gualco's motion to withdraw is
9  also granted.  The Clerk of the Court is directed to substitute Kenton
10 L. Alm of Meyers Nave Riback Silver & Wilson, who is located at 555
11 12th Street, Suite 1500, Oakland, California 94607, as counsel for
12 Plaintiff.  In addition, the Clerk of the Court is directed to serve a
13 copy of this Order on Lori J. Gualco.

14 IT IS SO ORDERED.
15 DATED: December 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge