IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF GRASS VALLEY, ) | | |
| ) | 02:04-cv-149-GEB-DAD | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| NEWMONT MINING CORPORATION, a ) | | |
| corporation; NEWMONT USA LIMITED, ) | | |
| a corporation; NEWMONT NORTH ) | | |
| AMERICA EXPLORATION LIMITED, a ) | | |
| corporation; NEWMONT GOLD COMPANY, ) | | |
| a corporation; NEWMONT NORTH ) | | |
| AMERICA LIMITED, a corporation; ) | | |
| NEWMONT EXPLORATION LIMITED, a ) | | |
| corporation, ) | | |
| ) | | |
| Defendants. ) | | |

On February 28, 2005, pursuant to a stipulation by the parties, the Court granted a six-month stay of this litigation from February 1, 2005, through August 1, 2005, in order for the parties to engage in settlement negotiations under the direction of Magistrate Judge John F. Moulds.  On November 28, 2005, the parties filed a Joint Status Report stating "[t]he parties wish to continue the existing stay for an additional 4 (four) months" in order for "[t]he parties [to] continue to pursue potential resolution of this matter." Pursuant to the parties' November 28 request, this action is stayed for an additional four months, commencing December 5, 2005, and

1

terminating April 5, 2006.  A status conference will be held on May 15, 2006, at 9:00 a.m. to re-set the Rule 16 scheduling dates.  The parties are directed to file a joint status report no later than May 1, 2005.[1]

       IT IS SO ORDERED.

DATED:   December 5, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2