| | |
|---|---|
| 1 | TEMKIN WIELGA HARDT & LONGENECKER LLP |
| 2 | Elizabeth H. Temkin (Colorado SBN 12954) |
|   | Alison J. Thayer (Colorado SBN 30338) |
| 3 | 1900 Wazee Street, Suite 303 |
|   | Denver, CO 80202 |
| 4 | Telephone: (303) 292-4922 |
|   | Facsimile: (303) 292-4921 |
| 5 | Admitted pro hac vice |

STEVENS & O'CONNELL LLP
Craig C. Allison (CSBN 159437)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendants

Deborah S. Bardwick, Esq. (SBN: 214139)
Kenton L. Alm, Esq. (SBN: 59017)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICA EXPLORATION LIMITED, a corporation; NEWMONT GOLD COMPANY, a corporation; NEWMONT NORTH AMERICA LIMITED, a corporation; NEWMONT EXPLORATION LIMITED, a corporation,<br><br>　　　　　　Defendants. | CASE NO.: CIV.S - 04-0149 GEB DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>**Trial Date:**　September 11, 2007<br>**Time:**　　　9 a.m.<br>**Judge:**　　 Honorable Garland E. Burrell, Jr.<br>**Dept.:**　　　10 |

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6

Defendants Newmont Mining Corporation, Newmont USA Limited, Newmont North America Exploration Limited, Newmont Gold Company, Newmont North America Limited, and Newmont Exploration Limited (together, "Newmont") and the City of Grass Valley ("Grass Valley") hereby submit this Joint Stipulation and [Proposed] Order For Extension of Time to exchange expert witness and rebuttal expert witness reports, stating as follows:

7
8
9

On May 12, 2006, this Court issued a Status (Pretrial Scheduling) Order directing that the parties make initial expert witness disclosures on or before September 18, 2006, and rebuttal expert disclosures on or before October 18, 2006.

10
11
12
13
14

The parties desire to extend the initial expert witness disclosure deadline to October 18, 2006 and the rebuttal expert disclosure deadline to November 17, 2006, in order to conduct additional discovery prior to such deadlines.  Both parties have been diligently conducting discovery.  Neither party seeks this extension for purposes of delay.  This stipulation would not affect any other deadlines scheduled in

15 /////
16 /////
17 /////
18 /////
19
20 //////
21 /////
22 /////
23 //////
24 /////
25
26 /////
27
28 /////

PDF created with pdfFactory trial version www.pdffactory.com

the Status (Pretrial Scheduling) Order, including discovery cutoff, motions deadlines, or trial.

Dated: August 17, 2006

        TEMKIN WIELGA HARDT & LONGENECKER  LLP


        By: ___/s/ Alison J. Thayer_____
            ALISON J. THAYER
            ELIZABETH H. TEMKIN
        Attorneys for Defendants
        Newmont Mining Corporation


        STEVENS & O'CONNELL


        By: ___/s/ Craig C. Allison_____
            CRAIG C. ALLISON
        Attorney for Defendants
        Newmont Mining Corporation


        MEYERS, NAVE, RIBACK, SILVER & WILSON


        By: ___/s/ Deborah S. Bardwick_____
            DEBORAH S. BARDWICK
            KENTON L. ALM

        Attorneys for Plaintiff

IT IS SO ORDERED.

DATED:  August 17, 2006

                /s/ Garland E. Burrell, Jr._____

        GARLAND E. BURRELL, JR.
        United States District Judge