Deborah S. Bardwick, Esq. (SBN: 214139)
Kenton L. Alm, Esq. (SBN: 59017)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Plaintiff

TEMKIN WIELGA HARDT & LONGENECKER LLP
Elizabeth H. Temkin (Colorado SBN 12954)
Alison J. Thayer (Colorado SBN 30338)
1900 Wazee Street, Suite 303
Denver, CO  80202
Telephone:  (303) 292-4922
Facsimile:  (303) 292-4921
Admitted pro hac vice

STEVENS & O'CONNELL LLP
Craig C. Allison (CSBN 159437)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>              Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICA EXPLORATION LIMITED, a corporation; NEWMONT GOLD COMPANY, a corporation; NEWMONT NORTH AMERICA LIMITED, a corporation; NEWMONT EXPLORATION LIMITED, a corporation,<br><br>              Defendants. | CASE NO.: CIV.S - 04-0149 GEB DAD<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING EXPERT DISCLOSURE DEADLINES**<br><br>**Trial Date:** September 11, 2007<br>**Time:** 9 a.m.<br>**Judge:** Honorable Garland E. Burrell, Jr.<br>**Dept.:** 10 |

PDF created with pdfFactory trial version www.pdffactory.com

The City of Grass Valley ("Grass Valley") and defendants Newmont Mining Corporation, Newmont USA Limited, Newmont North America Exploration Limited, Newmont Gold Company, Newmont North America Limited, and Newmont Exploration Limited (together, "Newmont") hereby submit this Joint Stipulation and Order For Extension of Time to exchange expert witness and rebuttal expert witness reports, stating as follows:

On May 12, 2006, this Court issued a Status (Pretrial Scheduling) Order directing that the parties make initial expert witness disclosures on or before September 18, 2006, and rebuttal expert disclosures on or before October 18, 2006.

On August 17, 2006, the parties filed a Stipulation and Proposed Order to extend the initial expert witness disclosure deadline to October 18, 2006 and the rebuttal expert disclosure deadline to November 18, 2006. This Court granted that Stipulation on August 17, 2006.

The parties seek to extend the expert witness disclosure deadline to October 30, 2006 and the rebuttal expert disclosure deadline to November 30, 2006 in order to conduct additional discovery prior to the current deadlines.

Both parties have been diligently conducting discovery. Depositions have been conducted by both parties in Denver and in Sacramento, and further depositions are currently scheduled. Neither party seeks this extension for purposes of delay. This stipulation would not affect any other deadlines

/////

/////

/////

/////

/////

/////

/////

PDF created with pdfFactory trial version www.pdffactory.com

scheduled in the Status (Pretrial Scheduling) Order, including discovery cutoff, motions deadlines, or trial.

Dated: October 12, 2006

        MEYERS, NAVE, RIBACK, SILVER & WILSON

        By:   /s/ Deborah S. Bardwick
           DEBORAH S. BARDWICK
           KENTON L. ALM

           Attorneys for Plaintiff
           City of Grass Valley

TEMKIN WIELGA HARDT & LONGENECKER LLP

        By:   /s/ Alison J. Thayer
           ALISON J. THAYER
           ELIZABETH H. TEMKIN
           Attorneys for Defendants
           Newmont Mining Corporation

STEVENS & O'CONNELL

        By:   /s/ Craig C. Allison
           CRAIG C. ALLISON
           Attorney for Defendants
           Newmont Mining Corporation

IT IS SO ORDERED.

DATED: October 12, 2006

          /s/ Garland E. Burrell, Jr.
          GARLAND E. BURRELL, JR.

          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com