IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>              Plaintiff,<br><br>     v.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICA EXPLORATION LIMITED, a corporation; NEWMONT GOLD COMPANY, a corporation; NEWMONT NORTH AMERICA LIMITED, a corporation; NEWMONT EXPLORATION LIMITED, a corporation,<br><br>              Defendants. | 2:04-cv-149-GEB-DAD<br><br><br><br>ORDER |

On March 2, 2007, the parties filed a "Joint Stipulation and Order for Extension of Time" through which they seek continuance of the currently scheduled law and motion deadline. The parties' request is granted. Therefore, the Rule 16 scheduling order is modified as follows: the last date for the parties to file pretrial motions shall be March 23, 2007; the last date to file responsive briefs shall be April 11, 2007; the last date to file reply briefs shall be May 14, 2007; and the last date for

hearings on said motions shall be May 14, 2007.  Further, the Final Pretrial Conference is continued to July 23, 2007, at 1:30 p.m.[1]

IT IS SO ORDERED.

Dated:  March 7, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The good cause issue is not reached since the parties have stipulated to modification of the scheduling order and the modification does not adversely affect the Court's docket. However, the modification shortens the time gap between the final pretrial conference and trial and could deprive the parties of a court-supervised settlement conference, which the previous gap was intended to ensure.

2