IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF GRASS VALLEY, | ) | 2:04-cv-149-GEB-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICA EXPLORATION LIMITED, a corporation; NEWMONT GOLD COMPANY, a corporation; NEWMONT NORTH AMERICA LIMITED, a corporation; NEWMONT EXPLORATION LIMITED, a corporation, | ) | |
| Defendants. | ) | |

On March 26, 2007, Defendants submitted an ex parte request to seal pursuant to a protective order which was filed February 24, 2005.[1]  Defendants' assertion that the February 24 Protective Order is sufficient to justify the sealing they seek is

///

///

---

[1]    Defendants previously filed a "Notice of Filing of Sealed Documents" on March 23, 2007.

incongruous with their request for another sealing order.
Therefore, the request is denied.

      IT IS SO ORDERED.

Dated:  March 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge