IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CITY OF GRASS VALLEY,            )
                                 )    2:04-cv-149-GEB-DAD
              Plaintiff,         )
                                 )
     v.                          )    ORDER
                                 )
NEWMONT MINING CORPORATION, et al.,)
                                 )
              Defendants.        )
_____)
```

      Defendants request to continue the hearing date of April 30, 2007, on which Plaintiff's motion to amend its Complaint is scheduled to May 14, 2007. (Defs.' Req. to Continue at 1:25-2:2.) Defendants argue the Court's March 7, 2007 Order prescribed that all remaining motions are to be heard on May 14, 2007; and therefore, Plaintiff's motion must be continued to that date. (Id. at 2:4-10.) Defendants are wrong and their request is denied.

      IT IS SO ORDERED.

Dated: April 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1