```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  CITY OF GRASS VALLEY,           )
                                    )   2:04-cv-149-GEB-DAD
12              Plaintiff,          )
                                    )
13       v.                         )   SUPPLEMENTAL STATUS (PRETRIAL
                                    )   SCHEDULING) ORDER
14                                  )
    NEWMONT MINING CORPORATION, et al.,)
15                                  )
                Defendants.         )
16  _____)
```

17        The status (pretrial scheduling) conference scheduled for
18 June 11, 2007, is vacated since the parties' Joint Status Report
19 ("JSR") indicates that the following Order should issue.

                              STIPULATION

21        The parties stipulate in their JSR "that, to the extent
22 applicable, discovery previously conducted by the original parties may
23 be relied upon or utilized by or against [Newmont International
24 Services Limited, Newmont Capital Limited, New Verde LLC, and Newmont
25 Realty Company ("New Defendants")]."  (Joint Status Report at 3:12-
26 15.)

1

## MOTION HEARING SCHEDULE

The last hearing date for motions shall be October 22, 2007, at 9:00 a.m. In addition, the pending motions in limine are deemed withdrawn in light of the uncertainty of the status of these motions based on the presence of New Defendants.

## FINAL PRETRIAL CONFERENCE

The final pretrial conference set for July 23, 2007 is rescheduled to commence at 1:30 p.m. on December 17, 2007.

## TRIAL SETTING

The trial date of September 11, 2007 is rescheduled to commence at 9:00 a.m. on March 25, 2008.

IT IS SO ORDERED.

Dated:  June 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge