IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF GRASS VALLEY, ) | | |
| ) | 2:04-cv-00149-GEB-DAD | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| NEWMONT MINING CORPORATION, a ) | | |
| corporation; NEWMONT USA LIMITED, ) | | |
| a corporation; NEWMONT NORTH ) | | |
| AMERICAN EXPLORATION LIMITED, a ) | | |
| corporation; NEWMONT GOLD COMPANY, ) | | |
| a corporation; NEWMONT NORTH ) | | |
| AMERICAN LIMITED, a corporation; ) | | |
| NEWMONT EXPLORATION LIMITED, a ) | | |
| corporation; NEW VERDE MINES LLC, ) | | |
| a limited liability company; ) | | |
| NEWMONT NORTH AMERICAN LLC, a ) | | |
| limited liability company; NEWMONT ) | | |
| REALTY COMPANY, a corporation, ) | | |
| NEWMONT CAPITAL LIMITED, a ) | | |
| corporation; NEWMONT ) | | |
| INTERNATIONAL SERVICES LIMITED, a ) | | |
| corporation, ) | | |
| ) | | |
| Defendants. ) | | |

The Motions in Limine filed as docket numbers 329, 326, and 322[1] are deemed withdrawn because leave has not been given to file

---

[1] Docket number 322 is not titled a Motion in Limine but it is a Motion in Limine.

1

1 | said motions.  That leave is given in the final pretrial order, which
2 | has not yet issued.
3 |
4 |         IT IS SO ORDERED.
5 | Dated:  October 17, 2007
6 |                                    _____
7 |                                    GARLAND E. BURRELL, JR.
  |                                    United States District Judge