IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEWMONT MINING CORPORATION, a )<br>corporation; NEWMONT USA LIMITED, )<br>a corporation; NEWMONT NORTH )<br>AMERICAN EXPLORATION LIMITED, a )<br>corporation; NEW VERDE MINES LLC, )<br>a limited liability company; )<br>NEWMONT REALTY COMPANY, a )<br>corporation, )<br>)<br>Defendants. )<br>_____) | 2:04-cv-00149-GEB-DAD<br><br>ORDER |

     Defendants move to amend the case caption to remove Newmont Gold Company, Newmont North American Limited, Newmont Exploration Limited, Newmont North American LLC, Newmont Capital Limited, and Newmont International Services Limited because these entities have either merged out of existence, changed their corporate names or have been dismissed from this case. (Defs.' Mot. to Amend the Case Caption at 2.). Plaintiff does not oppose the motion. (Pl.'s Non-Opp.). Because the motion is unopposed, it is granted.

1 | Accordingly, the case caption shall now include the
2 | following Defendants: NEWMONT MINING CORPORATION, a corporation;
3 | NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICAN EXPLORATION
4 | LIMITED, a corporation; NEW VERDE MINES LLC, a limited liability
5 | company; NEWMONT REALTY COMPANY, a corporation.
6 |     IT IS SO ORDERED.
7 | Dated: October 31, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge