UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICAN EXPLORATION LIMITED, a corporation; NEW VERDE MINES LLC, a limited liability company; NEWMONT REALTY COMPANY, a corporation,<br><br>Defendants. | CASE NO.: 2:04-cv-0149-DAD<br><br>**ORDER RE DEPOSITION OF JOHN WRIGHT**<br><br>Judge: Hon. Dale A. Drozd<br>Trial Date: January 20, 2009 |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on October 8, 2008, that the November 1, 2008 deposition deadline specified in this Court's September 30, 2008 Order is extended, and plaintiff shall make John Wright available for deposition by November 6, 2008.

**IT IS SO ORDERED**.

DATED: October 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/grassvalley0149.ord