1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CITY OF GRASS VALLEY, | CASE NO.: 2:04-cv-0149- DAD |
| 12           Plaintiff, | |
| 13  vs. | **ORDER RE STATUS CONFERENCE** |
| 14  NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a | |
| 15  corporation; NEWMONT NORTH AMERICAN EXPLORATION LIMITED, a | Judge:  Hon. Dale A. Drozd<br>Trial Date: January 20, 2009 |
| 16  corporation; NEW VERDE MINES LLC, a limited liability company; NEWMONT | |
| 17  REALTY COMPANY,  a corporation, | |
| 18           Defendants. | |

19

20           IT IS HEREBY ORDERED, based on the request of the parties, that there will be

21   a Status Conference on November 14, 2008, at 10:00 a.m.  Each side may file a brief status

22   report seven days before the conference.

23           **IT IS SO ORDERED**.

24   DATED:  October 20, 2008.

25                                                   _____
                                                     DALE A. DROZD
26                                                   UNITED STATES MAGISTRATE JUDGE

27   Ddad1/orders.consent/grassvalley0149.ord.statusconf

28