IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CITY OF GRASS VALLEY,

       Plaintiff,                 No. CIV S-04-0149 DAD

   v.

NEWMONT MINING CORPORATION, et al.,

                                   <u>ORDER</u>

       Defendants.
_____/

       The court has been contacted by counsel for both parties this afternoon and advised that a settlement in the above-entitled action has been reached. Accordingly, the jury trial scheduled to commence on January 20, 2009, at 9:00 a.m. is hereby vacated.

       IT IS SO ORDERED.

DATED: January 16, 2009.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

ddad1/orders.consent/cityofgrassvalley0149.vacate