TEMKIN WIELGA HARDT & LONGENECKER LLP
Elizabeth H. Temkin (Colorado SBN 12954)
Alison J. Thayer (Colorado SBN 30338)
1900 Wazee Street, Suite 303
Denver, CO 80202
Telephone: (303) 292-4922
Facsimile: (303) 292-4921
Admitted pro hac vice

STEVENS & O'CONNELL LLP
Craig C. Allison (SBN 159437)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

LATHAM & WATKINS LLP
Michael G. Romey (SBN 137993)
Susan P. Welch (SBN 145952)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GRASS VALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT MINING CORPORATION, a corporation; NEWMONT USA LIMITED, a corporation; NEWMONT NORTH AMERICAN EXPLORATION LIMITED, a corporation; NEW VERDE MINES LLC, a limited liability company; NEWMONT REALTY COMPANY, a corporation,<br><br>Defendants. | CASE NO.: 2:04-CV-0149 DAD<br><br>**STIPULATED REQUEST TO WITHDRAW DOCUMENTS FILED UNDER SEAL AND ORDER THEREON**<br><br>Judge: Hon. Dale A. Drozd |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

LA\1951470.1

STIPULATED REQUEST TO WITHDRAW DOCUMENTS AND
[PROPOSED] ORDER THEREON

| | |
|---|---|
| 1 | WHEREAS, in the Stipulation and Protective Order entered by this Court on |
| 2 | February 24, 2005 [Docket No. 152], the Court ordered that upon "the final disposition of this |
| 3 | case, the parties shall request that either the documents filed under seal be unsealed or withdrawn |
| 4 | from the custody of the Clerk by the filing party"; |
| 5 | WHEREAS, the parties have filed the following documents under seal |
| 6 | (hereinafter, "Sealed Documents"): |

| Document | Dkt # | Date |
|---|---|---|
| Notice of Filing Documents Under Seal (with attached Declaration of Deborah S. Bardwick in Support (with Exhibits 1-73) | 232 | 3/23/07 |
| SEALED EVENT (Exhibits HH, II, JJ, KK to Affidavit of Alison J. Thayer) | 246 | 3/26/07 |
| SEALED EVENT (Exhibits 10 and 20 to Affidavit of Alison J. Thayer) | 269 | 4/12/07 |
| SEALED EVENT (Exhibits 1-48) | 270 | 4/12/07 |
| SEALED EVENT (Exhibit C to Declaration of Deborah S. Bardwick in Support of Reply) | 285 | 5/7/07 |
| SEALED EVENT (Exhibits 1-31 to Declaration of D. Bardwick Regarding Opposition to Motion to Dismiss for Lack of Personal Jurisdiction) | 311 | 6/11/07 |
| SEALED EVENT (Declaration of Evan Eickmeyer in Support of Motion for Summary Adjudication on CERCLA Cause of Action) Exs. 1-12 | 344, 345 | 9/25/07 |
| SEALED EVENT (Declaration of Evan Eickmeyer (and all exhibits) in Support of Opposition to Motion for Partial Summary Judgment) Exs. 1-5 | 364 | 10/10/07 |

WHEREAS, the parties have settled this matter in its entirely and will be filing a stipulated notice of dismissal with prejudice;

WHEREAS, the parties agree that counsel for Defendants shall take custody of all Sealed Documents filed by either party in this case;

2

IT IS HEREBY STIPULATED by and between all of the parties to this action through their designated counsel requesting that the Court allow counsel for Defendants to withdraw the Sealed Documents from the custody of the Clerk.

Dated: March 5, 2009         LATHAM & WATKINS LLP

By /s/ Michael G. Romey
Michael G. Romey

Attorneys for Defendants NEWMONT MINING CORPORATION, NEWMONT USA LIMITED, NEWMONT NORTH AMERICA EXPLORATION LIMITED, NEW VERDE MINES LLC, and NEWMONT REALTY COMPANY

Dated: March 5, 2009         MILLER, AXLINE & SAWYER

By /s/ Michael Axline
Michael Axline
Attorneys for Plaintiff the CITY OF GRASS VALLEY

\* \* \* \*

Pursuant to the stipulation of the parties, the Sealed Documents shall be withdrawn from the custody of the Clerk by counsel for Defendants.

IT IS SO ORDERED.

DATED: March 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/grassvelley0149.stipord.withdrawdocs